UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHARLES BURRIS, MELODY CUGNON,**
and those others that are similarly situated,

    Plaintiffs,

v.                                  Case No. 3:12cv521/MCR/CJK

**JAMES W. GREEN, and
FISHERMAN'S CORNER, LLC, et al.,**

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 28, 2015. (Doc. 227). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendant Franck's "Motion to Quash Service of Process and Motion to Set Aside Clerk's Default" (doc. 175) is **GRANTED** and the clerk is directed to set aside the entry of default.

    3.    Plaintiffs shall have sixty (60) days to perfect service on defendant Franck and file proof of service with the court.

    **DONE AND ORDERED** this 1st day of June, 2015.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              CHIEF UNITED STATES DISTRICT JUDGE**