UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES BURRIS, MELODY CUGNON,
and those others that are similarly situated,

    Plaintiffs,

v.                                      CASE NO. 3:12cv521-MCR-CJK

JAMES W. GREEN and
FISHERMAN'S CORNER, LLC, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 26, 2016. ECF No. 311. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no objections.

Having considered the Report and Recommendation, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Victor Franck's Motion to Set Aside Clerk's Default and Motion to Dismiss Defendant Victor C. Franck from Third Amended Complaint for Lack of Personal Jurisdiction, ECF No. 296, is **GRANTED**.

3. The Clerk's default is **VACATED**.

4. Plaintiffs' claims against defendant Franck are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

5. Plaintiffs' Motion to Compel Mediation, Motion for Sanctions, and Motion for Case Management Conference, ECF No. 295, is **GRANTED in part** and **DENIED in part** as follows:

    a. **GRANTED** as to the request for mediation. The case is referred to Magistrate Judge Kahn for a settlement conference to be completed within forty-five (45) days. All named, remaining Defendants are required to appear in person.

    b. **DENIED** as to a case management conference, without prejudice to renewal after the settlement conference.

      c.    **MOOT** as to the request for sanctions against Victor Franck.

**DONE AND ORDERED** this 30th day of September, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**