UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES BURRIS, MELODY CUGNON,
and those others that are similarly situated,

 Plaintiffs,

v.              Case No. 3:12cv521-MCR-HTC

JAMES W. GREEN and
FISHERMAN'S CORNER, LLC, et al.,

 Defendants.
_____/

REPORT AND RECOMMENDATION

The parties have filed a Joint Motion to Approve Plaintiffs' Verified Petition for Attorney's Fees and Costs. ECF Doc. 333. The Joint Motion: (1) outlines the agreement the parties reached to resolve Plaintiffs' request for attorney's fees in this Fair Labor Standards Act case and (2) "is intended to be an enforceable agreement regarding attorney['s] fees and costs." The parties indicate Defendants have agreed to pay Plaintiff's counsel $10,000.00 in attorney's fees in three (3) equal monthly payments in June, July, and August of 2019. The payments will be due on the fifteenth of each month, with a twenty (20) percent late penalty if payment is not received by the fifteenth. If a payment becomes more than thirty (30) days past due,

Plaintiff's counsel may sue to recover same and is entitled to attorney's fees and costs.

Accordingly, it is respectfully RECOMMENDED:

That the parties' Joint Motion to Approve Plaintiffs' Verified Petition for Attorney's Fees and Costs (ECF Doc. 333) be GRANTED.

At Pensacola, Florida, this 9th day of April, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a Report and Recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:12cv521-MCR-HTC