**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHARLES BURRIS, MELODY CUGNON,
and those others that are similarly situated,

    Plaintiffs,

v.                                CASE NO. 3:12cv521-MCR-HTC

JAMES W. GREEN and
FISHERMAN'S CORNER, LLC, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 9, 2019. ECF No. 335. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The parties' Joint Motion to Approve Plaintiffs' Verified Petition for Attorney's Fees and Costs, ECF No. 333, is **GRANTED**.

**DONE AND ORDERED** this 13th day of May 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**